FILED
IN CLERK'S OFFICE
2018 AUG 28 AM 11: 46
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RYAN MCDOWELL, <br><br> Defendant. | Crim. No. 18-30037-MGM <br><br> <u>VIOLATIONS:</u> <br><br> Title 26, United States Code, Section 7206(1) – Tax Fraud (Counts 1-6) |

### INFORMATION

The United States Attorney charges:

<u>COUNT ONE THROUGH SIX</u>: 26 U.S.C. § 7206(1) - Tax Fraud

1. On or about the following dates, in the District of Massachusetts and elsewhere,

**RYAN MCDOWELL,**

defendant herein, a resident of Springfield, Massachusetts, did willfully make and subscribe the following tax returns, which contained and were verified by a written declaration that each was made under the penalties of perjury, which were prepared and signed in the District of Massachusetts and were filed with the Internal Revenue Service, and which defendant did not believe to be true and correct as to every material matter, to wit, each of the following returns fraudulently omitted from the purported total income the following approximate amounts of cash and non-payroll checks that defendant received in connection with his position as an Assistant Golf Professional at Franconia and Veterans Memorial Golf Courses in Springfield, MA:

1

| Count | Date | Tax Year, Return, and Line | Amount of Income Omitted |
|---|---|---|---|
| One | 02/09/2012 | 2011, Form 1040A, line 15 | $21,360 |
| Two | 03/20/2013 | 2012, Form 1040, line 22 | $37,314 |
| Three | 03/17/2014 | 2013, Form 1040, line 22 | $28,041 |
| Four | 03/19/2015 | 2014, Form 1040, line 22 | $46,350 |
| Five | 03/01/2016 | 2015, Form 1040, line 22 | $36,324 |
| Six | 02/25/2017 | 2016, Form 1040, line 22 | $11,550 |

All in violation of Title 26, United States Code, Section 7206(1).

ANDREW E. LELLING
United States Attorney

By:  /s/ Steven H. Breslow
STEVEN H. BRESLOW
Assistant U.S. Attorney

Dated: July 31, 2018