UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>RYAN MCDOWELL, )<br>      Defendant. )<br>) | Crim. No. 18-30037-MGM |

## WAIVER OF INDICTMENT

I, RYAN MCDOWELL, the above-named defendant, who is accused of Tax Fraud, in violation of Title 26, United States Code, § 7206(1) (Count One Through Six), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on September 7, 2018, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
RYAN MCDOWELL
Defendant

_____
LORI LEVINSON
Counsel for the Defendant

Before: _____
MARK G. MASTROIANNI
UNITED STATES DISTRICT JUDGE